

Via CM/ECF                                                                      May 20, 2025

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     United States of America v. Alvarenga
        Docket # 24-2988

Dear Ms. O'Hagan:

We represent Appellant MTAG Services, LLC ("MTAG"), and this will update you on the status of the pending motion for reconsideration per the Notice of Required Case Status Update dated November 19, 2024 (DK. # 10.1). This appeal is from the District Court's Opinion and Order, dated October 17, 2024 (ECF No. 993) ("O&O") that denied MTAG's and the City of New York's ("City") motion for relief of the Final Order of Forfeiture, dated December 6, 2019 ("Final Order") (ECF No. 664).

On October 31, 2024, the City filed a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure for reconsideration of the O&O. (ECF No. 1001). On November 6, 2024, MTAG filed a notice of Joinder to this motion. (ECF No. 1003). The motion for reconsideration is under review by the District Court, and we await its decision.

We will notify this Court within fourteen (14) days after the final disposition of the motion for reconsideration and provide a copy of the dispositive order.

Respectfully submitted,

Phillips Lytle LLP

ATTORNEYS AT LAW

CHAD W. FLANSBURG   PARTNER   DIRECT 585 238 2009   CFLANSBURG@PHILLIPSLYTLE.COM

28 EAST MAIN STREET SUITE 1400 ROCHESTER, NEW YORK 14614-1935 PHONE (585) 238-2000 FAX (585) 232-3141 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION



Catherine O'Hagan Wolfe  May 20, 2025
Page 2

By *Chad W. Flansburg*

Chad W. Flansburg

CWF/cmc

cc: counsel of record via CM/ECF only
Doc #5636704.1